J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
VALERIE LY (SBN 270425)
vly@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California  94612
Tel.:   (510) 287-4160
Fax:    (510) 287-4161

Attorneys for Defendants
MICHAEL SAYRE, M.D.; GREG LEWIS;
NANCY ADAM, M.D.; STEVE NAKAMURA; CLAIRE WILLIAMS, M.D.;
STELLA PENKIAN; JAMES CIPOLLA (SUED AS "SIPOLA")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL TREGLIA,<br><br>           Plaintiff,<br><br>     v.<br><br>M. SAYRE, et al.<br><br>           Defendants. | Case No.:  5:10-cv-05502-LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT OR OTHER DISPOSITIVE MOTION**<br><br>Action Filed:   December 3, 2010 |

The Motion to Extend the Deadline to File Dispositive Motion by Defendants MICHAEL

SAYRE, M.D.; GREG LEWIS; NANCY ADAM, M.D.; STEVE NAKAMURA; CLAIRE

WILLIAMS, M.D.; STELLA PENKIAN; JAMES CIPOLLA and all related pleadings were

submitted to this Court.  The Court, having read and considered the motion and related papers in this

matter, and all other matters presented to the Court, and good cause appearing therefore, hereby

GRANTS the motion and makes the following an Order of this Court:

    IT IS ORDERED that Defendants shall file a motion for summary judgment or other

dispositive motion no later than **ninety (90) days after this motion is granted**.  The motion shall be

1

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

1  supported by adequate factual documentation and, if applicable, shall conform in all respects to

2  Federal Rule of Civil Procedure 56.  If Defendants are of the opinion that this case cannot be

3  resolved by dispositive motion, she shall so inform the Court prior to the date the motion is due.  All

4  papers filed with the Court shall be promptly served on Plaintiff.

5       IT IS FURTHER ORDERED that Plaintiff's opposition to the dispositive motion shall be

6  filed with the Court and served on Defendants no later than **thirty (30) days** after the date on which

7  Defendants' motion is filed.  Plaintiff is referred to the Court's Order of Service filed January 31,

8  2011, at Docket No. 4, regarding summary judgment.

9       IT IS FURTHER ORDERED that Defendants' reply brief shall be filed no later than **fifteen**

10 **(15) days** after the date Plaintiff's opposition is filed.

11      IT IS FURTHER ORDERED that the motion shall be deemed submitted as of the date the reply

12 brief is due.  No hearing will be held on the motion unless the Court so orders at a later date.

13      IT IS SO ORDERED.

14

15 Dated: 5/10/11

16

17 _____

18 HON. LUCY H. KOH
   United States District Judge

19

20

21

22

23

24

25

26

27

28

2

{00072948.DOC/}DOC 0949

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION

*Treglia v. Sayre, et al.*

5:10-cv-05502-LHK

**ANDRADA & ASSOCIATES**
PROFESSIONAL CORPORATION