IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TREGLIA,<br><br>    Plaintiff,<br><br> v.<br><br>M. C. SAYRE, et al.,<br><br>    Defendants. | No. C 10-5502 LHK (PR)<br><br>JUDGMENT |

The Court has granted Defendants' motion for summary judgment.  Judgment is entered in favor of Defendants and against Plaintiff.  The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 3/22/12

LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\CR.10\Treglia502_msj.jud.hhl.wpd